UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK T. FREEMAN, | ) | Case No. 2:25-cv-06530-JWH (JDE) |
| Petitioner, | ) | |
| v. | ) | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| RAUL MORALES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1), the Order to Show Cause (Dkt. 7), and the Report and Recommendation of the assigned Magistrate Judge (Dkt. 11, "Report"). No party filed a timely objection to the Report. Accordingly, the Court hereby ORDERS as follows:

1. The findings and recommendation of the Magistrate Judge are **ACCEPTED**.

2. The IFP Request (Dkt. 4) is **DENIED**.

3. Judgment shall be entered **DISMISSING** this action **with prejudice**.

Dated: November 17, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE