JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK T. FREEMAN, | ) | Case No. 2:25-cv-06530-JWH (JDE) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RAUL MORALES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

Dated: November 17, 2025

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE